Frederick Gang
277 West 127th Street
Apt 13A, New York, NY 10027
Case # 15-Cr-00471-01 (CS)

November 28, 2022



Judge Cathy Seibel
Federal Building
United States Court
300 Quarropas Street
White Plains, NY 10601

Application denied. Under Section 3582(c)(1)(A) of Title 18, United States Code, a defendant seeking a sentence reduction must, among other things, show extraordinary and compelling circumstances. Defendant here has not done so. Maintaining good conduct in prison is not uncommon, and indeed is expected. See United States v. Alvarez, No. 89-CR-229, 2020 WL 4904586, at *7 (E.D.N.Y. Aug. 20, 2020). The Clerk of Court is respectfully directed to send a copy of this Order to Mr. Gang.

SO ORDERED.

*Cathy Seibel*  12/13/22
CATHY SEIBEL, U.S.D.J.

Dear Honorable Judge Seibel:

This letter is a formal request for your consideration for a time cut. I have completed seven years of my twelve-year sentence with good behavior from the initial time of my incarceration until now.

I am currently in a half-way house and have never violated any rules or terms of my present arrangement. I humbly ask that this time cut be granted in hopes of moving on in a more positive direction with my life. I have already wasted so much time and have learned many lessons from my past choices.

I fully understand the seriousness of my past actions and I hope that you will consider this request so that I can continue working on myself to become a productive member of society.

Thank you for your time and consideration it is most certainly appreciated.

Sincerely,



Bronx Community Re-Entry Center
2534 Creston Avenue
Bronx, NY 10468
(718) 561-4155
FAX (718) 561-4355
www.thegeogroupinc.com

## LETTER OF INTRODUCTION

Date: December 7, 2022
RE: Gang, Frederick
S.S. #: ████████
DOB: ████████

To Whom It May Concern:

This letter will serve to introduce the above-named client who has been a resident at the Bronx Community Re-Entry Center since September 29, 2021.

The Bronx Community Re-Entry Center, is a residential at the community service center, under the auspices of the Federal Bureau of Prisons, and was designed to facilitate the transaction to independent community living by providing our residents with the opportunity of pursuing viable vocational and/or educational goals; thus ensuring the rehabilitation process.

During residency in the program Gang, Frederick has indicated a commitment to establishing and implementing goals which will create positive changes in his/her life.

If you have any questions regarding the client, please feel free to contact me at the above telephone number.

Thank you for your assistance.

Respectfully,

S. Owen
Assistant Facility Director

Frederick Gang
277 West 127th Street Apt. 13A
New York, NY 10027



Judge Cathy Seibel
Federal Building
United States Court
300 Quarropas Street
White Plains, NY 10601



RECEIVED
DEC 12 2022
CHAMBERS OF
CATHY SEIBEL
U.S.D.J.